UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BANKER, an individual and LORI BAKER, an individual,<br><br>          Plaintiff(s)<br><br>v.<br><br>STATE FARM FIRE & CASUALTY INSURANCE COMPANY, et<br><br>          Defendant(s) | CASE No. 4:20-cv-02159-HSG<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)
☒ **Mediation** (ADR L.R. 6)
☐ **Private ADR** *(specify process and provider)*

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐ other requested deadline:

Date: June 16, 2020         /s/ Ron J. Cook
                             Attorney for Plaintiff JEFFREY BANKER and LORI BAKER

Date: June 15, 2020         /s/ Todd A. Roberts
                             Attorney for Defendant STATE FARM FIRE & CASUALTY COMPANY (Sued erroneously as State Farm Fire & Casualty Insurance Company)

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 6/17/2020

Haywood S. Gill, Jr.
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Form ADR-Stip rev. 1-2017*

