1   RONALD J. COOK, ESQ./SBN 121398
    WILLOUGHBY, STUART, BENING & COOK
2   50 W. San Fernando Street, Suite 400
    San Jose, California 95113
3   Telephone:    (408) 289-1972
    Facsimile:    (408) 295-6375
4   E-mail:       ron@wsbclawyers.com

5   Attorneys for Plaintiffs
    JEFFREY BANKER and LORI BAKER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  JEFFREY BANKER, an individual and LORI          Case No. 20-CV-02159-HSG
    BAKER, an individual,
12                          Plaintiffs,             **STIPULATION FOR DISMISSAL AND
            v.                                       ORDER**
13
    STATE FARM FIRE & CASUALTY
14  COMPANY,
                            Defendant.

15          **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

16  **RECORD:**

17          **IT IS HEREBY STIPULATED** by and between the Plaintiffs, JEFFREY BANKER

18  and LORI BAKER and Defendant STATE FARM FIRE & CASUALTY COMPANY, by and

19  through their respective attorneys of record, that the above-captioned action shall be, and hereby

20  is, dismissed as to all parties and claims, pursuant to Federal Rule of Civil Procedure

21  41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

22          All signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

23  concur with the Stipulation's content and have authorized its filing.

24

25  Dated: September 2, 2020            WILLOUGHBY, STUART, BENING & COOK

26
                                       By: /s/ Ronald J. Cook
27                                         RONALD J. COOK
                                           Attorneys for Plaintiffs
28                                         JEFF BANKER and LORI BAKER

2947.13560C                          - 1 -

1

2   Dated: September 2, 2020       ROPERS MAJESKI

3

4                        By: /s/Todd A. Roberts

                            TODD A. ROBERTS

5                          Attorneys for Defendant

                          STATE FARM FIRE & CASUALTY COMPANY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLOUGHBY, STUART, BENING & COOK

2947.13560C

- 2 -

STIPULATION TO DISMISS AND ORDER

4:20-CV-02159-HSG

1

2                                                        **ORDER**

3          **IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal, and

4    Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed in

5    its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

6    Dated:  9/3/2020          _____

7                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2947.13560C                                        - 3 -

STIPULATION TO DISMISS AND ORDER
4:20-CV-02159-HSG